UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
SEP 0 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

REBECCA LUCERA,       )
                      )
        Plaintiff,    )
                      )
vs.                   ) No. 02-2268
                      )
CINGULAR WIRELESS,    ) JURY TRIAL DEMANDED
                      )
        Defendant.    )

## NOTICE OF DEPOSITION

To:  Nadine C. Abrahams
     Fisher & Phillips LLP
     140 S. Dearborn Street, Suite 420
     Chicago, IL  60603

PLEASE TAKE NOTICE that on August 31, 2004, at 1:00 p.m., at the offices of Fisher & Phillips LLP, 140 South Dearborn Street, Suite 420, Chicago, Illinois, we shall take the deposition of Jack Johnston, before a notary public for the State of Illinois and pursuant to F.R.C.P. Rule 30. Further, pursuant to F.R.C.P. Rule 34, we request the production of the following documents at the taking of the deposition:

1. Both the personnel file and any investigative file of Jack Johnston containing all documents in existence in the file as of November 1, 2001;

2. Any and all regulations or rules regarding travel issued, documented or promulgated by Jack Johnston as Director/Manager of the Rantoul call center as of July 19, 2001.

REBECCA LUCERA, Plaintiff

BY:  LIETZ BANNER FORD, LLP

By:  _____
     Gary Lietz

Gary Lietz
Lietz Banner Ford, LLP
1605 S. State Street, Suite 103
Champaign, IL  61821
Telephone:  (217) 353-4900

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| REBECCA LUCERA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 02-2268 |
| CINGULAR WIRELESS, | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney, on behalf of Plaintiff, Rebecca Lucera, hereby certifies that on the 30th day of August, 2004, he served copies of Notice of Deposition upon attorney for Defendant, Cingular Wireless via facsimile to 312/346-3179 and by enclosing the same in an envelope in a U.S. Mail Box in Champaign, Illinois, addressed as follows:

Nadine C. Abrahams
Fisher & Phillips, LLP
140 S. Dearborn St., Suite 420
Chicago, IL 60603

REBECCA LUCERA, Plaintiff

BY: LIETZ, BANNER & FORD

By: _____
Gary Lietz

Gary Lietz
Lietz, Banner & Ford
2504 Galen Dr., Ste. 106
Champaign, IL 61821
Telephone: (217) 353-4900
Facsimile: (217) 353-4901