E-FILED
Tuesday, 14 September, 2004  01:09:43 PM
Clerk, U.S. District Court, ILCD

11471-P1390
G:\90\P1390\P1390EOA
EMW/slc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| REBECCA LUCERA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 02-2268 |
| CINGULAR WIRELESS, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW
## AND
## FOR SUBSTITUTION OF COUNSEL

NOW COMES Edward M. Wagner and Richard P. Klaus, of Heyl, Royster, Voelker & Allen, and hereby enters their appearance on behalf of the defendant, CINGULAR WIRELESS, and further requests that they be substituted as additional counsel of record for the defendant in lieu of Lorna K. Geiler of Meyer Capel, P.C.  Further, Lorna K. Geiler of Meyer Capel, P.C. requests that she and her firm be allowed to withdraw from this case and from any further representation of the defendant in this matter.

1. That the defendant is aware of this substitution of local counsel and has consented and agreed to the withdrawal and substitution of the above-identified attorneys on behalf of the defendant.

2. That the lead counsel from the firm of Fisher & Phillips, LLP will continue and remain as counsel for the defendant.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3. That this Motion is made by agreement between the counsel for the defendant and it is not being made for any purposes of delay, nor does there appear to be any prejudice to the plaintiff as a result.

WHEREFORE, it is requested that an Order be entered and this Motion be granted allowing Lorna K. Geiler and her firm, Meyer Capel, P.C., to withdraw as attorneys of record for the defendant, and further that Edward M. Wagner and Richard P. Klaus from the firm of Heyl, Royster, Voelker & Allen be allowed to substitute in and further appear as additional counsel for the defendant, for all further proceedings.

| MEYER CAPEL, P.C. | HEYL, ROYSTER, VOELKER & ALLEN |
|---|---|
| By: s/ Lorna K. Geiler<br>Lorna K. Geiler<br>As an Attorney for the Defendant,<br>CINGULAR WIRELESS | By: s/ Edward M. Wagner<br>Edward M. Wagner<br><br>By: s/ Richard P. Klaus<br>Richard P. Klaus<br><br>As Attorneys entering their appearances<br>for the Defendant, CINGULAR WIRELESS |

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois, on the 14th day of September, 2004:

| | |
|---|---|
| Gary L. Lietz, Esq.<br>Lietz, Banner & Ford, LLP<br>Suite 103<br>1605 S. State Street<br>Champaign, IL 61820-7264 | Jane M. McFetridge, Esq.<br>Nadine C. Abrahams, Esq.<br>Fisher & Phillips, LLP<br>Suite 420<br>140 S. Dearborn Street<br>Chicago, IL 60603 |

    s/ Edward M. Wagner
    Edward M. Wagner

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2