# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| REBECCA LUCERA, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Baker |
| | ) | |
| | ) | No. 02-2268 |
| v. | ) | |
| | ) | |
| CINGULAR WIRELESS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, it hereby is stipulated and agreed by and between Plaintiff Rebecca Lucera and Defendant Cingular Wireless, by their respective undersigned counsel, that (1) all of Plaintiff's claims against Defendant in the above-captioned action are dismissed with prejudice, and (2) each of the parties shall bear its own costs and attorney's fees in connection with this matter.

Dated: October 21, 2004

s/Jane M. McFetridge
Jane M. McFetridge, Illinois Bar No. 6201580
Attorney for Defendant
FISHER & PHILLIPS LLP
140 South Dearborn Street
Suite 420
Chicago, IL 60603
Phone: (312) 346-8061
Fax: (312) 246-3179
E-mail: jmmcfetridge@laborlawyers.com

s/Gary Lietz
Gary Lietz, Illinois Bar No. 1659774
Attorney for Plaintiff
Lietz Banner & Ford
1605 S. State Street
Suite 103
Champaign, IL 61820
Phone: (217) 353-4900
Fax: (217) 353-4901
E-mail: glietz@lbflaw.com

Chicago 49107.1

s/Nadine C. Abrahams
Nadine C. Abrahams, Illinois Bar #6209382
Attorney for Defendant
FISHER & PHILLIPS LLP
140 South Dearborn Street
Suite 420
Chicago, IL 60603
Phone: (312) 346-8061
Fax: (312) 346-3179
E-mail: nabrahams@laborlawyers.com

Chicago 49107.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nadine C Abrahams    nabrahams@laborlawyers.com, llewandowski@laborlawyers.com

Richard P Klaus    rklaus@hrva.com, urbecf@hrva.com

Gary R Lietz    glietz@lbflaw.com, slong@lbflaw.com

Jane M McFetridge    jmcfetridge@laborlawyers.com, llewandowski@laborlawyers.com

Edward M Wagner    ewagner@hrva.com, urbecf@hrva.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  N/A

Respectfully submitted,

s/Jane M. McFetridge
Jane M. McFetridge, Illinois Bar No. 6201580
Attorney for Defendant
FISHER & PHILLIPS LLP
140 South Dearborn Street
Suite 420
Chicago, Illinois 60603
Telephone:  (312) 346-8061
Fax: (312) 346-3179
E-mail: jmcfetridge@laborlawyers.com


s/Nadine C. Abrahams
Nadine C. Abrahams, Illinois Bar No. 6209382
Attorney for Defendant
FISHER & PHILLIPS LLP
140 South Dearborn Street
Suite 420
Chicago, Illinois 60603
Telephone:  (312) 346-8061
Fax: (312) 346-3179
E-mail: nabrahams@laborlawyers.com

Chicago 49107.1